UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.    Case No. 2:13-cr-20600
    Hon. Paul D. Borman

FARID FATA, M.D.,

    Defendant.

---

| | |
|---|---|
| Catherine K. Dick<br>Attorney, U.S. Department of Justice<br>Attorney for Plaintiff<br>1301 New York Avenue, NW<br>Washington DC 20005<br>(202) 305-2402<br>catherine.dick@usdoj.gov | Christopher A. Andreoff (P10193)<br>Jaffe, Raitt, Heuer & Weiss, PC<br>Attorney for Defendant Farid Fata, M.D.<br>27777 Franklin Road, Suite 2500<br>Southfield, Michigan 48034<br>(248) 351-3000<br>candreoff@jaffelaw.com |
| Sarah Resnick Cohen (P51968)<br>Linda Aouate (P70693)<br>Assistant U.S. Attorneys<br>Attorney for Plaintiff<br>211 W. Fort Street, Suite 2001<br>Detroit, Michigan 48226<br>(313) 226-9637<br>sarah.cohen@usdoj.gov<br>(313) 226-9587<br>linda.aouate@usdoj.gov | Mark J. Kriger (P30298)<br>LaRene & Kriger, PLC<br>Attorney for Defendant Farid Fata, M.D.<br>645 Griswold Street, Suite 1717<br>Detroit, Michigan 48226<br>(313) 967-0100<br>mkriger@sbcglobal.net |

---

### DEFENDANT'S ELECTION TO RETAIN THE JURY TO ENTER JUDGMENT REGARDING FORFEITURE IN THE FOURTH SUPERSEDING INDICTMENT

    Defendant Farid Fata, M.D. ("Defendant"), by his attorneys, Christopher A.

2733532.1

Andreoff of Jaffe Raitt Heuer & Weiss, P.C. and Mark J. Kriger of Kriger & LaRene, PLC, advises the Court, pursuant to Fed.R.Cr.P. 32.2(b)(5), that he elects to retain the jury to determine the forfeitability of specific property as reflected in the Fourth Superseding Indictment if the jury returns a guilty verdict.

    Respectfully submitted,

    JAFFE, RAITT, HEUER & WEISS, P.C.

By:   /s/ Christopher A. Andreoff
    Attorney for Defendant Farid Fata, M.D.
    27777 Franklin Road, Suite 2500
    Southfield, Michigan 48034
    (248) 351-3000
    candreoff@jaffelaw.com
    (P10193)


    KRIGER & LaRENE, PLC


By:   /s/ Mark J. Kriger
    Attorney for Defendant Farid Fata, M.D.
    645 Griswold Street, Suite 1717
    Detroit, Michigan 48226
    (313) 967-0100
    mkriger@sbcglobal.net
    (P30298)

Dated: March 20, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2014 I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send

2

2733532.1

notification of such filing to all counsel of.

                                      /s/ Christopher A. Andreoff
                                      Jaffe, Raitt, Heuer & Weiss P.C.
                                      27777 Franklin Road, Suite 2500
                                      Southfield, Michigan 48034
                                      (248) 351-3000
                                      candreoff@jaffelaw.com
                                      P10193

2733532.1