UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

           Plaintiff,

v.                              Case No. 2:13–cr–20600–PDB–LJM
                               Hon. Paul D. Borman

Farid Fata,

           Defendant(s),

**NOTICE TO APPEAR**

The following defendant(s) are hereby notified to appear:  Farid Fata

The defendant(s) shall appear before District Judge Paul D. Borman at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- SENTENCING:  February 23, 2015 at 10:00 AM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                   By: s/D Tofil
                                                      Case Manager

Dated:   September 16, 2014