UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　No.   13-cr-20600
　　　　　　　　　　　　　　　　　　Hon. Paul D. Borman

FARID FATA, M.D.

　　　　　Defendant.

_____/

TABLE OF EXHIBITS
TO THE UNITED STATES' SENTENCING MEMORANDUM

| A | Victim Impact Statement Excerpts |
|---|---|
| B | 8/3/13 Email |
| C | 8/1/12 Email |
| D | Madoff Sentencing Transcript |