UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

Case No. 13-cr-20600

Honorable Paul D. Borman

v.

FARID FATA, M.D.,

        Defendant.
_____/

AMENDED ORDER ALLOWING DEFENDANT TO HAVE COMPUTER AND TO BRING COMPACT DISCS WITH HIM FROM MILAN FEDERAL CORRECTIONAL INSTITUTION TO DICKERSON CORRECTIONAL INSTITUTION

It is hereby ordered that defendant Farid Fata, M.D. shall be allowed to have a computer when he is housed at the William Dickerson Detention Facility in Wayne County, Michigan from July 6, 2015 through July 15, 2015. It is also ordered that Dr. Fata be permitted to bring compact discs with him from the Milan Federal Correctional Institution for use with his computer while housed at Dickerson.

IT IS SO ORDERED.

                                                  Paul D. Borman
                                                  United States District Judge

Dated: JUN 2 6 2015

PURSUANT TO RULE 77 (d), FED. R. CIV. P.
COPIES MAILED TO ATTORNEYS FOR ALL
PARTIES ON June 26, 20 15
_____
DEPUTY COURT CLERK