UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

FARID FATA, M.D.,

        Defendant.

_____/

Case No. 13-cr-20600

Paul D. Borman
United States District Judge

ORDER DENYING DEFENDANT'S MOTION TO STRIKE ALL VICTIM IMPACT STATEMENTS OR INDIVIDUALS WHO WILL PROVIDE A STATEMENT TO THE COURT AT SENTENCING WHO DO NOT QUALIFY AS A VICTIM UNDER 18 U.S.C. 3771(e) OR WHO WILL BE PROVIDING INFORMATION THAT IS NOT RELIABLE AND ACCURATE (ECF NO. 146)

For the reasons stated on the record at the hearing held July 6, 2015, the motion is DENIED.

        s/Paul D. Borman
        PAUL D. BORMAN
        UNITED STATES DISTRICT JUDGE

Dated: July 6, 2015

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 6, 2015.

                                          s/Deborah Tofil
                                          Case Manager