UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

        Plaintiff,

v.                                Case No. 2:13–cr–20600–PDB–DRG
                                    Hon. Paul D. Borman

Farid Fata,

        Defendant(s),

## ORDER REQUIRING RESPONSE

The defendant, Farid Fata, has filed the following document:

        Motion to Reduce Sentence – #265

IT IS HEREBY ORDERED that the Government shall file a response to the above document on or before May 8, 2020.

                                s/Paul D. Borman
                                Paul D. Borman
                                U.S. District Judge

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                            By: s/D Tofil
                                Case Manager

Dated: May 5, 2020