# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

United States of America,

        Plaintiff,　　　　　　　　　　Case No. 2:13CR20600

v.　　　　　　　　　　　　　　　　　　Honorable: Paul D. Borman

Farid Fata, M.D.,

        Defendant.

_____/

## ORDER TRANSFERRING FUNDS

On February 11, 2016 this Court entered an order directing the deposit of funds with the Clerk of the Court and restraining distribution of the funds. (Order, ECF No. 179, Page ID 3027-3028) This order provided for the deposit of $205,815.73 with the Clerk of the Court. These funds were deposited in a registry account held by the Clerk of the Court on March 1, 2016 and remain on deposit today. On April 2, 2019 this Court entered an amended judgment in a criminal case. (Judgment, ECF 243, Page ID3463-3473) The amended judgment imposed a total of $26,482,480.37 in restitution against Farid Fata.

The funds held by the Clerk of the Court are necessary for the payment of restitution as imposed by the Court.

IT IS ORDERED that the Clerk of the Court transfer $205,815.73 from the registry account to the restitution account of Farid Fata; and

IT IS ORDERED that Clerk of the Court shall use these funds to pay restitution to the victims as set forth in the judgment in this case.

                                                               s/Paul D. Borman  
                                                               Hon. Paul D. Borman  
                                                               United States District Court

Dated:  January 20, 2021