UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                             CRIMINAL NO. 13-20600

v.                                      HON. PAUL D. BORMAN

FARID FATA,

    Defendant.
_____/

**MOTION AND ORDER TO SEAL EXHIBITS TO THE GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR RECONSIDERATION OF HIS MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. 3582 (C)(1)(A)**

The United States of America, by its undersigned attorney, respectfully requests that its Exhibits to the Government's Response to Defendant's Motion for Reconsideration of his Motion for Sentence Reduction Pursuant to 18 U.S.C. 3582 (C)(1)(A) be sealed until further order of the Court.

The government's exhibits consist of Defendant's updated 2020 and 2021 medical records from the Bureau of Prisons. These records contain personal identifying and medical information of the Defendant, and they should be sealed to prevent public disclosure of sensitive information.

1

WHEREFORE, the Government requests that the above Exhibits be sealed until further order of the Court.

Respectfully submitted,

SAIMA S. MOHSIN
Acting United States Attorney

By: s/*Sarah Resnick Cohen*
SARAH RESNICK COHEN
Assistant U.S. Attorney
211 W. Fort St., Ste. 2001
Detroit, Michigan 48226
Phone: (313) 226-9637
E-mail: sarah.cohen@usdoj.gov
Mich. Bar No.: P51968

Dated:  March 8, 2021

**IT IS SO ORDERED.**

s/Paul D. Borman
HON. PAUL D. BORMAN
United States District Judge

Entered:  March 8, 2021