UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

Case No. 13-cr-20600-1

Plaintiff,

HON. DAVID R. GRAND

-v-

FARID FATA,

Defendant.
_______________________________________________/

**APPEARANCE**

PLEASE enter the Appearance of Kimberly W. Stout, as counsel for the Defendant FARID FATA in the above matter.

Respectfully,

/s/ Kimberly W. Stout
KIMBERLY W. STOUT (P38588)
Attorney for Defendant
370 E. Maple Rd., Third Floor
Birmingham, MI 48009
(248) 258-3181
wadesmom1@aol.com

Dated: Oct. 11, 2026